**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **CHRISTOPHER MERCER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:21-CV-00887 |
| § | |
| **KILOLO KIJAKAZI,** *Commissioner of* § | |
| *Social Security Administration*, § | |
| § | |
| **Defendant.** § | |

## FINAL JUDGMENT

In accordance with the Memorandum and Order entered on September 30, 2022, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment (Dkt. No. 20) is **DENIED** and Commissioner's Motion for Summary Judgment (Dkt. No. 21) is **GRANTED**. The case is hereby **DISMISSED WITH PREJUDICE**.

This is a final, appealable judgment.

**SIGNED** in Houston, Texas on September 30, 2022.

Sam S. Sheldon
United States Magistrate Judge